```
DUPLICATE
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS143263
Cashier ID: jmart
Transaction Date: 01/30/2023
Payer Name: Justin Stearns Beck
------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Justin Stearns Beck
 Case/Party: D-CAS-3-23-CV-000164-001
 Amount:         $402.00
------------------------------------
CREDIT CARD
 Amt Tendered: $402.00
------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```