Civil Action No. 23cv0164-MMA-DEB                        Date Issued:    1/30/23

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Ruben Duran__

was received by me on *(date)* __February 8 2023__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __See attached multiple forms of service__

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __2/8/23__              _____
                                           Server's Signature

                              __Brian Baryabus__
                                           Printed name and title

                              __3501 Roselle St. Oceanside CA 92056__
                                           Server's address

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# DECLARATION OF BRIAN BARGABUS SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE

I, Brian Bargabus, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I traveled approximately 90 miles on February 8, 2023, with Justin S. Beck to The State Bar of California's public headquarters in Los Angeles, California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

2. In the lobby of the public building for The State Bar of California, Justin S. Beck and I were told that no person was available to meet with us, nor would anyone accept service of process.

3. Justin S. Beck called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023, from the lobby of The State Bar of California, but he did not answer.

4. Justin S. beck was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

5. Justin S. Beck attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

6. I electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today as instructed from the email address bbargabus@gmail.com

7. The exhibits filed by Justin S. Beck are true and correct as stated in his declaration.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**         **Brian Bargabus, Declarant**

3:22-CV-01616-BAS-DDL and 3:23-CV-0164-MMA-DEB

## DECLARATION OF JUSTIN S. BECK SPECIFYING SERVICE OF SUMMONS AND COMPLAINT IN A CIVIL ACTION AND CERTIFIED REASONABLE DILIGENCE

I, Justin S. Beck, declare as follows under penalty of perjury under the laws of the United States. I am over the age of 18. I have personal knowledge, could, and would competently testify as to the truth and authenticity of each statement to which I declare. I have personal knowledge as to the contents and authenticity of each exhibit filed with this declaration. I offer this declaration in support of proof of service of summons in a civil action in the two cases described below.

1. I am the plaintiff and *guardian ad litem* to ROES 1-150,000 and U.S.A. in Justin S. Beck et al. v. Catanzarite Law Corporation et al., Case No. 3:22-CV-01616-BAS-DDL, and plaintiff in the related case Justin S. Beck v. State of California et al. Case No. 3:23-00164-MMA-DEB.

2. Catanzarite Law Corporation and its attorneys have been disqualified at least four times for representing parties with adverse interests related to my claims, but they continue to represent the same parties, here in the same or substantially related matters anyway.

3. I read local rules in this Court, American Bar Association Rule 1.7, and California Rules of Professional Conduct 1.7(d)(3) which preclude the representation of adverse parties before the same tribunal or in the same or substantially related matters.

4. On January 9, 2023, I filed for a temporary restraining order on behalf of myself individually, and on behalf of the United States seeking service of process by U.S. Marshals service because attorneys associated with Catanzarite Law Corporation and The State Bar of California are engaging in un-waivable conflicts of interest that are already contaminating this proceeding. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

5. Despite being served and appearing in this case on behalf of The State Bar of California, Ruben Duran, Esq., Eli David Morgenstern, Esq., Suzanne Grandt, Esq., and Leah Wilson, Esq. with Robert George Retana, Esq., and Ellin Davtyan, Esq. on the caption and signature of a motion to extend time to file an answer, Mr. Tsai now questions whether these parties have been served. I sought U.S. Marshals service to avoid this manner of practice as a matter of public interest.

6. To avoid further bad faith actions and tactics, I traveled approximately 90 miles on February 8, 2023, with Brian Bargabus to The State Bar of California's public headquarters in Los Angeles,

California at 845 S. Figueroa St., Los Angeles, CA 90017 on Wednesday, February 8, 2023, to serve duplicates of the papers on all parties including the first amended complaint and summons in each case.

7. In the lobby of the public building for The State Bar of California, Brian Bargabus and I were told that no person was available to meet with us, nor would anyone accept service of process.

8. I called Charles Tsai directly at 213-765-1000 at 11:16 AM on Wednesday, February 8, 2023 from the lobby of The State Bar of California, but he did not answer, nor did he return my voicemail as of 2:48 PM the same day.

9. I was directed by security guards that The State Bar of California and its staff only accept electronic service of all papers, including summons, and that the service electronically would satisfy the service requirements in this case by emailing: serviceofprocess@calbar.ca.gov

10. I attempted to leave the complaint copies and summons for the avoidance of doubt but was told that I could not do so and that security would discard them, and that they would not be provided to The State Bar of California, Mr. Tsai, or the individual named defendants.

11. Attached to this declaration as <u>Exhibit 1</u> is proof of my visit to serve the summons papers with Brian Bargabus on February 8, 2023 by way of a local parking garage receipt stamped at 11:07 AM, and proof of payment at 11:24 AM.

12. Attached to this declaration as <u>Exhibit 2</u> is proof of the document we were provided by security in the lobby of The State Bar of California's building on February 8, 2023, confirming electronic service satisfied the physical service requirements for The State Bar of California and its staff.

13. I delivered all papers to the attention of Charles Tsai, The State Bar of California, 845 S. Figueroa St., Los Angeles, CA 90017 by United States Postal Service on February 8, 2023.

14. Brian Bargabus electronically served The State Bar of California, Ruben Duran, Eli David Morgenstern, Suzanne Grandt, Leah Wilson, Ellin Davtyan, and Robert George Retana today.

I DECLARE THE FOREGOING TO BE TRUE UNDER PENALTY OF PERJURY.

February 8, 2023

**Signed in Oceanside, California**          Justin S. Beck, Declarant

# EXHIBIT 1

```
        Joe's Auto Parks
         990 W. 8th St.
       Los Angeles, Ca 90017
DATE:              02/08/23
TIME:              11:24 AM
         * Original *
Receipt No.    5/1260/211
    Ticket -  163871
    LPR = 8WYS948
    TAX included   17.00
Credit:            17.00

Trans ID : 0
Card No. : ***************2828
Card Type:  MASTER CARD

Entry -     02/08/23  11:07 AM
Valid -     02/08/23  11:24 AM
   Take our garage survey at
  http://joesautoparks.com/survey
      For your chance to win a
    $50 Whole Foods gift card!
```

02/08/23 11:07AM 0163871



L.P: 8WYS948
Joe's Auto Parks
990 W. 8th St.
Los Angeles, Ca 90017
Joe's Auto Parks
Paystation by elevators
Automated Facility
┌── STICKER HERE ──┐

Automated Facility
Please take your ticket
with you at all times
Have a nice day!



02/08/23 11:07AM 0163871

# EXHIBIT 2



# The State Bar of California

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court. If you are filing such a document, please proceed to the State Bar Court filing window.)

**THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE.** [1]

- **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

- **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

- **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017