| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): <br> Justin Beck &lt;justintimesd@gmail.com&gt; <br> Roselle Street <br> San Diego, CA 92121 <br> TELEPHONE NO.: 760-449-2509   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): JUSTIN S. BECK | FOR COURT USE ONLY <br> **FILED** <br> FEB 14 2023 <br> CLERK U.S. DISTRICT COURT <br> SOUTHERN DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |
|---|---|
| United States District Court, Southern District of California <br> STREET ADDRESS: 2003 W. Adams Ave. Suite 220 <br> MAILING ADDRESS: 2003 W. Adams Ave. Suite 220 <br> CITY AND ZIP CODE: El Centro 92243 <br> BRANCH NAME: El Centro U.S. Courthouse | |
| PLAINTIFF/PETITIONER: JUSTIN S. BECK | CASE NUMBER: <br> 3:23-CV-00164-MMA-DEB |
| DEFENDANT/RESPONDENT: STATE OF CALIFORNIA, ET AL. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> REF-11960961 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of (specify documents):
   **SUMMONS; FIRST AMENDED COMPLAINT**

3. a. Party served (specify name of party as shown on documents served):
   **STATE OF CALIFORNIA**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   **1300 I Street, Sacramento, CA 95814**

5. I served the party (check proper box)
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 02/10/2023 at (time): 9:50 AM

   b. [ ] **by substituted service.** On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on (date): from (city): or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 [Rev. January 1, 2007] <br> REF: REF-11960961 | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> Tracking #: 0100983361 |

| PLAINTIFF/PETITIONER: JUSTIN S. BECK | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: STATE OF CALIFORNIA, ET AL. | 3:23-CV-00164-MMA-DEB |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                        (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)* **STATE OF CALIFORNIA**
       under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

7. **Person who served papers**
   a. Name:                     **Jeremy Glaze**
   b. Address:              **6804 Lonicera Dr, Orangevale, CA 95662**
   c. Telephone number:   **916-286-9463**
   d. The fee for service was: **$ 75.00**
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ registered California process server:
           (i) ☐ owner   ☐ employee   ☒ independent contractor.   For:   **ABC Legal Services, LLC**
           (ii) ☒ Registration No.: **2011-65**         Registration #: **6779**
           (iii) ☒ County: **Sacramento County**     County: **Los Angeles**

BY FAX

Page 2 of 3

POS-010 [Rev. January 1, 2007]


REF: **REF-11960961**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0100983361**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 02/11/2023

**Jeremy Glaze**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)



Civil Action No. 23cv0164-MMA-DEB        Date Issued:        1/30/23

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**FILED**
FEB 14 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* **Larry L. Chavey**, who is designated by law to accept service of process on behalf of *(name of organization)* **United States of America** on *(date)* **2/13/23**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 2/13/23

_____
*Server's Signature*

Justin S. Beck
*Printed name and title*

3501 Roselle St Oceanside CA 92056
*Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.