1  ELLIN DAVTYAN (238608)
   General Counsel
2  ROBERT G. RETANA (148677)
3  Deputy General Counsel
   CHARLES TSAI (266480)
4  Assistant General Counsel
5  OFFICE OF GENERAL COUNSEL
   THE STATE BAR OF CALIFORNIA
6  845 S. Figueroa Street
7  Los Angeles CA 90017
   Tel: (213) 765-1000
8  Fax: (415) 538-2321
9  Email: charles.tsai@calbar.ca.gov

10
   Attorneys for Defendants The State Bar of California; Ruben Duran; Suzanne
11 Grandt; Eli David Morgenstern

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK,<br><br>     Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; SUZANNE GRANDT; RUBEN DURAN; ELI DAVID MORGENSTERN; KENNETH CATANZARITE;<br><br>     Defendants. | Case No.  3:23-cv-00164-MMA-DEB<br><br>**NOTICE OF RELATED CASES**<br><br>The Honorable Michael M. Anello<br><br>Action Filed: January 30, 2023<br>Trial date: None set |

|   |   |
|---|---|
| 1 | **TO THE CLERK OF THE ABOVE-ENTITLED COURT;** |
| 2 | **PLAINTIFF, IN PRO PER; AND ALL PARTIES AND THEIR** |
| 3 | **ATTORNEYS OF RECORD:** |
| 4 | Pursuant to Local Rule 40.1(f), Defendants the State Bar of California |
| 5 | ("State Bar"), Ruben Duran, Suzanne Grandt, Eli Morgenstern (collectively, "State |
| 6 | Bar Defendants") hereby notify the Court of the below related federal and state |
| 7 | cases (whether pending, dismissed, or otherwise terminated): |
| 8 | 1. *Beck v. Catanzarite Law Corporation, et al.*, United States District Court |
| 9 | Southern District of California, Case Number 3:22-cv-01616-BAS-DDL, |
| 10 | filed on October 19, 2022 (hereinafter the "RICO I case"). |
| 11 | 2. *Beck v. The State of California et al.*, United States District Court Central |
| 12 | District of California, Case Number 8:23-cv-00022-FWS-ADS, filed on |
| 13 | January 5, 2023. |
| 14 | 3. *Beck v. Catanzarite et al.*, United States District Court Central District of |
| 15 | California, Case Number 8:23-cv-00018-JVS-DFM, filed on January 5, |
| 16 | 2023.[1] |
| 17 | 4. *Beck v. The State Bar of California*, et al., Orange County Superior Court |
| 18 | Case Number 30-2021-01237499, filed on December 21, 2021. |
| 19 | 5. *Beck v. Catanzarite*, et al., Orange County Superior Court, Orange |
| 20 | County Superior Court Case No. 30-2020-01145998, filed on May 26, |
| 21 | 2020. |
| 22 | Under Local Rule 40.1(g), "[a]n action or proceeding is related to another |
| 23 | action or proceeding where both of them: (1) Involve some of the same parties and |
| 24 | are based on the same or similar claims, or (2) Involve the same property, |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 | [1] The second and third cases listed above were both remanded and closed by the Central District on January 12, 2023, and January 25, 2023, respectively. |

1

NOTICE OF RELATED CASES   3:23-cv-00164-MMA-DEB

transaction, patent, trademark, or event, or (3) Involve substantially the same facts and the same questions of law."[2]

The instant case and the RICO I case involve the same Plaintiff (Justin S. Beck) and the following same defendants: State of California, State Bar, Ruben Duran, Suzanne Grandt, Eli Morgenstern, Kenneth Catanzarite, Attorney General of the United States, and the United States of America. The instant case and the RICO I case have similar claims, including Racketeer Influence and Corrupt Organizations Act ("RICO") claims, claims under 42 U.S.C. § 1983, and antitrust claims.

The instant case and the RICO I case involve substantially the same facts relating to Plaintiff, his civil litigation in Orange County Superior Court with respect to a business dispute involving Cultivation Technologies, Inc., and the attorneys representing other parties in that litigation. The attorneys include Kenneth Catanzarite, Brandon Woodward, Tim O'Keefe, Nicole Marie Catanzarite Woodward, and Jim Tice (collectively, "Catanzarite attorneys"). The instant case and the RICO I case involve Plaintiff's disciplinary complaints to the State Bar against the Catanzarite attorneys and the State Bar declining to prosecute them.

Reassigning the case in this Court to the same judge assigned the RICO I case (the Honorable Cynthia A. Bashant) will save judicial effort and other economies and promote consistent legal decisions involving substantially similar (if not identical) claims. First, the RICO I case was filed on October 19, 2022, several months before the instant case was filed on January 30, 2023. The RICO I

---

[2] Because the second and third cases listed above have been terminated and the fourth and fifth cases are in state court, the State Bar Defendants have focused the application of these criteria on the RICO I case. The instant case and all of the cases listed above involve the same Plaintiff as well as substantially the same facts relating to Plaintiff, his civil litigation in Orange County Superior Court and the attorneys representing other parties in that litigation, and Plaintiff's disciplinary complaints against those attorneys to the State Bar.

1  case therefore has a lower case number than the instant case.  Moreover, the RICO
2  I case is at a further stage in the proceedings than the instant case.  On February 14,
3  2023, the Court in the RICO I case issued a detailed order and *sua sponte*
4  dismissed the First Amended Complaint and terminated all pending motions.
5  RICO I case, Dkt. No. 35.  In that order, the Court even noted that the instant case
6  appears to be a nearly identical suit to the RICO I case.  RICO I case, Dkt. No. 35
7  at p. 19, fn. 12.  The Court also granted Plaintiff leave to file a Second Amended
8  Complaint by April 17, 2023.  RICO I case, Dkt. No. 35.  In the instant case, no
9  responses have been filed yet to the Complaint or First Amended Complaint.

10        Second, the instant case and the RICO I case involve many of the same
11  defendants (State of California, State Bar, Ruben Duran, Suzanne Grandt, Eli
12  Morgenstern, Kenneth Catanzarite, the Attorney General of the United States, and
13  the United States of America).  Third, the instant case and the RICO I case have
14  similar claims (RICO, Section 1983, antitrust).  Fourth, the instant case and the
15  RICO I case involve substantially the same facts (Plaintiff's litigation with the
16  Catanzarite attorneys and Plaintiff's disciplinary complaints against them to the
17  State Bar).

18        Accordingly, reassigning the case in this Court to the judge assigned the
19  RICO I case will avoid substantial duplication of efforts and promote judicial
20  efficiencies and consistencies in decisions on substantially similar facts and claims.

21  Dated: February 16, 2023      Respectfully submitted,

      ELLIN DAVTYAN
      General Counsel
      ROBERT G. RETANA
      Deputy General Counsel

      OFFICE OF GENERAL COUNSEL
      THE STATE BAR OF CALIFORNIA

      By: */s/ Charles Tsai*
          Charles Tsai
          Assistant General Counsel

3

1
2
3

Attorneys for Defendants The State Bar of California; Ruben Duran; Suzanne Cecilia Grandt; Eli David Morgenstern

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF SERVICE

I, Joan Randolph, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On February 16, 2023, following ordinary business practice, I filed via the United States District Court, Southern District of California electronic case filing system, the following:

## NOTICE OF RELATED CASES

Participants in the case who are registered CM/ECF users will be served.

*See the CM/ECF service list.*

I served the following party, not a registered CM/ECF user, by U.S. Mail as follows:

Justin S. Beck
3501 Roselle Street
Oceanside CA 92056

*In Pro Per Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on February 16, 2023.

/s/Joan Randolph
Joan Randolph