# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin S. Beck<br><br>**Plaintiff,**<br><br>V.<br><br>State of California; Suzanne Grandt; The State Bar of California; Ruben Duran; Eli David Morgenstern; Kenneth Catanzarite; United States Attorney General, United States of America<br><br>**Defendant.** | Case No. 23-cv-00164-LL-DEB<br><br>REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE |

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:  "Low-Numbered Case No.:  22-cv-01616-BAS-DDL

Title:  Beck v. Catanzarite Law Corporation et al

Nature of Case:  18:1964 Civil Remedies: Racketeering (RICO) Act

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:  23-cv-00164-BAS-DDL

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:  2/21/23     By: s/ D.Frank

D.Frank, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:  2/27/23

Cynthia Bashant
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Cynthia Bashant and Magistrate Judge David D. Leshner for all further proceedings.

Dated:  02/27/23

Linda Lopez
United States District Judge