```
 1  ROB BONTA
    Attorney General of California
 2  RHONDA L. MALLORY
    Supervising Deputy Attorney General
 3  TIM J. VANDEN HEUVEL
    Deputy Attorney General
 4  State Bar No. 140731
      600 West Broadway, Suite 1800
 5    San Diego, CA 92101
      P.O. Box 85266
 6    San Diego, CA 92186-5266
      Telephone:  (619) 738-9095
 7    Fax:  (619) 645-2581
      E-mail:  Tim.VandenHeuvel@doj.ca.gov
 8  Attorneys for Defendants State of California
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; SUZANNE GRANDT; RUBEN DURAN; ELI DAVID MORGENSTERN; KENNETH CATANZARITE,<br><br>　　　　　　　　　　　Defendants,<br><br>UNITED STATES ATTORNEY GENERAL, UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Nominal Defendants, | Case No. 23cv0164-MMA-DEB<br><br>**NOTICE OF JOINDER BY DEFENDANT STATE OF CALIFORNIA IN MOTION TO DISMISS FIRST AMENDED COMPLAINT BY STATE BAR OF CALIFORNIA**<br><br>Date:　　　April 24, 2023<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Dept:　　　12B<br>Judge:　　The Honorable Cynthia A. Bashant<br>Trial Date:　None Set<br>Action Filed: February 2, 2023 |

**TO PLAINTIFF, IN PRO PER, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on April 24, 2023, in the Courtroom of the Honorable Cynthia A. Bashant, Courtroom 12B, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101, in accordance with Civil Local Rule 7.1(j), Defendant, State of California hereby joins in the State Bar of California, Ruben Duran, Suzanne Grandt, and Eli Morgenstern (collectively, "State Bar defendants") Motion to Dismiss Plaintiff's First Amended Complaint for Damages & Injunctive Relief ("FAC") pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6), as to all claims against the State of California. Specifically, the State of California joins as follows:

1. Defendant State Bar of California's Motion to Dismiss First Amended Complaint (DOC. 12) on the grounds that the FAC fails to comply with Rule 8, and provide the State of California with "simple, concise, and direct" allegations of how the State of California's conduct violated the law, and how Plaintiff was purportedly injured by said conduct. (DOC 12, pp. 6-7);

2. Defendant State Bar of California's Motion to Dismiss First Amended Complaint (DOC. 12) on the grounds that the FAC should be dismissed for lack of subject matter jurisdiction (Fed. R. 12(b)(1)), in that the State of California is immunized by the Eleventh Amendment to the United States Constitution from any claims Plaintiff may assert against it in this Court. (DOC 12, pp. 8-10);

3. Defendant State Bar of California's Motion to Dismiss First Amended Complaint (DOC. 12) on the grounds that the State of California is immune from antitrust liability. (DOC 12, p. 10);

4. Defendant State Bar of California's Motion to Dismiss First Amended Complaint (DOC. 12) on the grounds that the FAC fails to state sufficient facts to state a claim under Fed. R. 12(b)(6). (DOC. 12, pp. 13-24).

/ / /

/ / /

/ / /

1 | Based upon the forgoing motion of the State Bar of California defendants previously filed
2 | and the grounds set forth herein, Defendant State of California joins the Motion to Dismiss
3 | Plaintiff's FAC without leave to amend.

4 | Dated: March 3, 2023                    Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

*s/ Tim J. Vanden Heuvel*
TIM J. VANDEN HEUVEL
Deputy Attorney General
*Attorneys for Defendant State of California*

# CERTIFICATE OF SERVICE

Case Name:  **Beck v. State of California**          No.  **23cv0164-MMA-DEB**

I hereby certify that on March 3, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF JOINDER BY DEFENDANT STATE OF CALIFORNIA IN MOTION TO DISMISS FIRST AMENDED COMPLAINT BY STATE BAR OF CALIFORNIA**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **March 3, 2023**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Justin S. Beck
3501 Roselle St.
Oceanside, CA 92056

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **March 3, 2023**, at San Diego, California.

|  |  |
|---|---|
| A. J. Lopez | *[signature]* |
| Declarant | Signature |

SD2023301046
83840540.docx