UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin S. BECK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cv-0164-AGS-DDL<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE (ECF 15)** |

The State Bar Defendants' motion to substitute counsel (ECF 15) is granted. The Clerk is directed to substitute Ellin Davtyan and Robert G. Retana as counsel in place of Charles Tsai.

Dated:  March 28, 2023

_____
Andrew G. Schopler
United States District Judge

1

23-cv-0164-AGS-DDL