Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Defendant Kenneth J. Catanzarite

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants,<br><br>UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA,<br><br>  Nominal Defendants. | Case No. 3:23-cv-0164-AGS-DDL<br><br>**DEFENDANT KENNETH J. CATANZARITE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: May 9, 2023<br>Time: 3:00 p.m.<br>Courtroom: 5C, 5th Floor<br><br>Judge: Hon. Andrew G. Schopler |

Pursuant to *Federal Rules of Evidence*, Rule 20 Defendant Kenneth J. Catanzarite respectfully requests the Court take judicial notice of the following documents:

1. Attached hereto as Exhibit "1" a true and accurate copy of the May 26, 2020 complaint filed in the action styled *Justin S. Beck vs. Kenneth Catanzarite Esq., et al.*, Orange County Superior Court Case No. 30-2020-01145998.

2. Attached hereto as Exhibit "2" a true and accurate copy of the *Second Amended Complaint for Damages & Injunctive Relief* filed February 27, 2023 in the matter styled *Justin S. Beck v. Catanzarite Law Corporation, et al.*, United

Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544 • Fax: (714) 520-0680

States District Court for the Southern District of California Case No. 3:22-cv-01616-AGS-DDL (the "First Federal Action").

    3.    Attached hereto as Exhibit "3" a true and accurate copy of the *RICO Case Statement & Supplement to Second Amended Complaint for Damages and Injunctive Relief* filed March 27, 2023 in the First Federal Action.

DATED: March 31, 2023.    CATANZARITE LAW CORPORATION

/s/ *Kenneth J. Catanzarite*
_____
Kenneth J. Catanzarite
Attorneys for Defendant Kenneth J. Catanzarite

PROOF OF SERVICE

STATE OF CALIFORNIA        )
COUNTY OF ORANGE           )  ss:

The undersigned certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 2331 West Lincoln Avenue, Anaheim, California 92801, which is in the county where the mailing described below took place.

On March 31, 2023 I served the within **DEFENDANT KENNETH J. CATANZARITE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** by:

[ ]   (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X]   (CM/ECF electronic notification ) I am readily familiar with the ECF filng system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification to:

- U S Attorney CV
  Efile.dkt.civ@usdoj.gov

- Tim Jude Vanden Heuvel
  tim.vandenheuvel@doj.ca.gov,
  Rhonda.Mallory@doj.ca.gov, Azucena.Lopez@doj.ca.gov,
  Tania.Hopkins@doj.ca.gov

[ ]   (E-mail) I caused the above mentioned document to be served via PDF e-mail attachment to:

[X]   (Mail) I placed a true and correct copy thereof in a sealed envelope addressed as set forth below and caused such envelope, with first class postage thereon fully prepaid, to be placed in the U.S. Mail at Anaheim, California, and certify that such envelope

was placed for collection and mailing following ordinary business practices.

    Justin Beck (Pro Per)
    3501 Roselle St.
    Oceanside, CA 92056
    justintimesd@gmail.com

    Ellin Davtyan
    Robert G Retana
    Office of the General Counsel, State Bar of California
    845 S. Figueroa Street
    Los Angeles, CA 90017
    Ellin.Davtyan@calbar.ca.gov
    Robert.Retana@calbar.ca.gov

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed March 31, 2023 at Anaheim, California.

_____
Typed Name: Becky Phillips