RANDY S. GROSSMAN
United States Attorney
STEPHANIE A. SOTOMAYOR
Assistant U.S. Attorney
Illinois Bar No. 6325877
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel/Fax: (619) 546-9590/7754
Email: Stephanie.Sotomayor@usdoj.gov

Attorneys for the Attorney General and
the United States of America

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE OF CALIFORNIA, THE STATE BAR OF CALIFORNIA, SUZANNE GRANDT, RUBEN DURAN, ELI DAVID MORGENSTERN; KENNETH CATANZARITE,<br><br>                    Defendants,<br><br>UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA<br><br>                    Nominal Defendants. | Case No. 23-CV-0164-AGS-DDL<br><br>**PROOF OF SERVICE**<br><br>**DATE:  May 12, 2023**<br>**TIME:**   4:00 p.m.<br>**CTRM**: 5C, 5th Floor<br>**JUDGE**:  Hon. Andrew G. Schopler |

I, Stephanie Sotomayor, hereby declare as follows: I am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA, 92109-8893.

I am not a party to the above-entitled action. On April 14, 2023, I caused service of FEDERAL DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

upon participants in the case that are registered CM/ECF users, who will receive service that will be accomplished by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by U.S. First-Class Mail, to the following non-CM/ECF participants:

**Justin S. Beck**
3501 Roselle St.
Oceanside, CA 92056
Plaintiff, *Pro Se*

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 14, 2023


*/s/ Stephanie A. Sotomayor*
STEPHANIE A. SOTOMAYOR
Assistant United States Attorney