

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Justin S. BECK

**Plaintiff,**

V.

STATE OF CALIFORNIA et al.

**Defendant.**

**FILED**

4/25/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Simmons , Deputy

Civil No. 23cv0164-AGS-DDL

**STRICKEN DOCUMENT:**

Supplement #2 To First Amended Complaint & Rico Case Statement (Supplementing Doc. No. 2 , 9 )

**Per Order #    32**

29