UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin S. BECK,<br><br>                                          Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>                                          Defendants. | Case No.:  23-cv-0164-AGS-DDL<br><br>**ORDER STRIKING PLAINTIFF'S FILINGS (ECF 27 & 29)** |

The Court **STRIKES** both plaintiff's "Correction" to the first amended complaint (ECF 27) and his "Supplement #2" to the first amended complaint (ECF 29). If these filings are meant to amend that complaint, they are improper as they lack "the opposing party's written consent or the court's leave." *See* Fed. R. Civ. P. 15(a)(2). Likewise, if these filings are meant to supplement a pleading, they were improperly filed without "reasonable notice" and without the court's leave. *See* Fed. R. Civ. P. 15(d).

Dated:  April 27, 2023

_____
Andrew G. Schopler
United States District Judge

1