Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680

Attorneys for Defendant Kenneth J. Catanzarite

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN S. BECK,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants,<br><br>UNITED STATES ATTORNEY GENERAL; UNITED STATES OF AMERICA,<br><br>    Nominal Defendants. | Case No. 3:23-cv-0164-AGS-DDL<br><br>**DEFENDANT KENNETH J. CATANZARITE'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: May 9, 2023<br>Time: 3:00 p.m.<br>Courtroom: 5C, 5th Floor<br><br>Judge: Hon. Andrew G. Schopler |

Pursuant to *Federal Rules of Evidence*, Rule 201 Defendant Kenneth J. Catanzarite respectfully requests the Court take judicial notice of the following documents:

1. Attached hereto as Exhibit "4" a true and accurate copy of the *Omnibus Opposition to Motions to Compel; Memorandum of Points and Authorities; Objection to Sanctions; Declaration of Justin S. Beck* sans exhibits filed in the action styled *Justin S. Beck vs. Kenneth Catanzarite Esq., et al.*, Orange County Superior Court Case No. 30-2020-01145998.

DATED: May 2, 2023.            CATANZARITE LAW CORPORATION

                               /s/ *Kenneth J. Catanzarite*
                               _____
                               Kenneth J. Catanzarite
                               Attorneys for Defendant Kenneth J. Catanzarite

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF ORANGE ) ss:

The undersigned certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 2331 West Lincoln Avenue, Anaheim, California 92801, which is in the county where the mailing described below took place.

On May 2, 2023 I served the within **DEFENDANT KENNETH J. CATANZARITE'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** by:

[ ] (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X] (CM/ECF electronic notification ) I am readily familiar with the ECF filng system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification to:

- JiEun Choi
  jechoi@ohhlegal.com, jgarcia@ohhlegal.com, elabella@ohhlegal.com

- Ellin Davtyan
  ellin.davtyan@calbar.ca.gov

- Kevin E Gilbert
  kgilbert@ohhlegal.com, jgarcia@ohhlegal.com elabella@ohhlegal.com

- Robert George Retana
  robert.retana@calbar.ca.gov

//

- Stephanie Amanda Sotomayor
  stephanie.sotomayor@usdoj.gov, efile.dkt.civ@usdoj.gov
  sandra.huston@usdoj.gov

- U S Attorney CV
  Efile.dkt.civ@usdoj.gov

- Tim Jude Vanden Heuvel
  tim.vandenheuvel@doj.ca.gov,
  Rhonda.Mallory@doj.ca.gov, Azucena.Lopez@doj.ca.gov
  Tania.Hopkins@doj.ca.gov, tatianna.huckstep@doj.ca.gov

[X]  (E-mail and U.S. Mail) I caused the above mentioned document to be served via PDF e-mail attachment and placed a true and correct copy thereof in a sealed envelope addressed as set forth below and caused such envelope, with first class postage thereon fully prepaid, to be placed in the U.S. Mail at Anaheim, California, and certify that such envelope was placed for collection and mailing following ordinary business practices.

  Justin Beck (Pro Per)
  3501 Roselle St.
  Oceanside, CA 92056
  justintimesd@gmail.com

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed May 2, 2023 at Anaheim, California.

_____
Typed Name: Becky Phillips