UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin S. BECK,<br><br>                             Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>                             Defendants. | Case No.:  23-cv-0164-AGS-DDL<br><br>**ORDER VACATING HEARINGS AND TAKING MOTIONS UNDER SUBMISSION (ECF 12, 18, 20, and 26)** |

    Two motions to dismiss (ECF 12 and 20) and plaintiff's motion for sanctions (ECF 18) are set for hearing May 9, 2023. Another motion to dismiss (ECF 26) is scheduled to be heard May 12, 2023. Having reviewed the parties' briefing, the Court finds the issues suitable for disposition without oral argument. So, the Court takes the motions under submission and vacates those hearings.

Dated:  May 3, 2023

                                                Andrew G. Schopler<br>
                                                United States District Judge