Ellin Davtyan, General Counsel (SBN: 238608)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
845 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 765-1000
Facsimile: (415) 538-2321

Robert G. Retana, Deputy General Counsel (SBN: 148677)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105
Telephone: (415) 538-2388
Facsimile: (415) 538-2321
Email: robert.retana@calbar.ca.gov

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
JiEun Choi, Esq. (SBN: 224175)
jechoi@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
THE STATE BAR OF CALIFORNIA, RUBEN DURAN, SUZANNE GRANDT and ELI DAVID MORGENSTERN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN S. BECK,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; THE STATE BAR OF CALIFORNIA; SUZANNE GRANDT; RUBEN DURAN; ELI DAVID MORGENSTERN; and KENNETH CATANZARITE,<br><br>          Defendants. | Case No.  3:23-cv-00164-AGS-DDL<br><br>**REQUEST FOR ENTRY OF JUDGMENT** |

Request for Entry of Judgment [3:23-cv-00164-AGS-DDL]

On February 26, 2024, the Court granted Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 61) and dismissed the action with prejudice. Defendants hereby request that the Court enter a separate judgment pursuant to Federal Rules of Civil Procedure 58.  A [Proposed] Judgment is attached hereto.

Dated:  February 29, 2024    Respectfully submitted,

**ORBACH HUFF & HENDERSON LLP**

By: */s/ Kevin E. Gilbert*
Kevin E. Gilbert
JiEun Choi
Attorneys for Defendants
THE STATE BAR OF CALIFORNIA,
RUBEN DURAN, SUZANNE GRANDT
and ELI DAVID MORGENSTERN

**PROOF OF SERVICE**                                           **FRCP RULE 5(b)**

I, Jennifer Garcia, am employed in the County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is Orbach Huff & Henderson LLP, 6200 Stoneridge Mall Road, Suite 225, Pleasanton, California 94588.

On February 29, 2024, I served the foregoing:

- **REQUEST FOR ENTRY OF JUDGMENT; [PROPOSED] JUDGMENT**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows and I caused delivery to be made by the mode of service indicated below:

| Justin S. Beck<br>3501 Roselle Street<br>Oceanside, CA  92056 | Plaintiff Pro Se<br>Telephone:   (760) 449-2509<br>Email:          justintimesd@gmail.com |
|---|---|

[ X ]  (***By E-Mail or Electronic Transmission***) I caused a copy of the document(s) to be sent from e-mail address jgarcia@ohhlegal.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ]  (***Regular U.S. Mail***) on the parties in this action in accordance with Code of Civil Procedure section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid, in the U.S. Mail at Pleasanton, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Pleasanton, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 29, 2024, at Pleasanton, California.


_____
Jennifer Garcia

- 1 –

State Bar Defendants' Proof of Service [3:23-cv-00164-AGS-DDL]