

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin S. Beck | Civil Action No.   23cv0164-AGS-DDL |
| **Plaintiff,** | |
| V. | |
| State of California; Suzanne Grandt; The State Bar of California; Ruben Duran; Eli David Morgenstern; Kenneth Catanzarite; United States Attorney General; United States of America | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

"Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Mendoza v. Amalgamated Transit Union Int'l,* 30 F.4th 879, 886 (9th Cir. 2022) (quotation marks omitted). Accordingly, plaintiff Justin Beck's complaint must be dismissed. Consequently, Beck's second amended complaint is DISMISSED WITH PREJUDICE as duplicative. And all pending motions are DENIED AS MOOT.

Date:   3/12/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Simmons

J. Simmons, Deputy