UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. JUSTIN BECK, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STATE OF CALIFORNIA; et al., <br><br> Defendants - Appellees. | No. 24-1520 <br><br> D.C. No. 3:23-cv-00164-AGS-DDL <br><br> Southern District of California, San Diego <br><br> MANDATE |

The judgment of this Court, entered October 10, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $309.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT